UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 04118
    CHASALZN Y BIRT
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES
        Debtor
    SSN XXX-XX-2220
```

------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 03/08/07 and confirmed on 04/27/07.

   2. The case was dismissed after confirmation, 06/27/2008.

   3. The Debtor paid a total of $  1310.00 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ALLIANCE ONE | UNSECURED | NOT FILED | .00 | .00 |
| ALLSTATE INSURANCE | UNSECURED | NOT FILED | .00 | .00 |
| AR RESOURCES | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 1747.67 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 387.01 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 109.01 | .00 | .00 |
| THE CHICAGO DEPT OF REVE | UNSECURED | 2210.00 | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| ILL STATE TOLL HIWAY AUT | UNSECURED | 8647.00 | .00 | .00 |
| A-ALL FINANCIAL INC | UNSECURED | 2464.30 | .00 | .00 |
| LVNV FUNDING | UNSECURED | NOT FILED | .00 | .00 |
| MAGES & PRICE | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | 249.09 | .00 | .00 |
| NICOR GAS | UNSECURED | 745.80 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 326.10 | .00 | .00 |
| ROBERT J ADAMS & ASSOC | REIMBURSEMENT | 306.33 | .00 | 306.33 |
| COMED | UNSECURED | 1010.79 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | .00 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 184.31 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 854.20 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | 306.33 | 18935.28 | .00 | 19241.61 |
| PRINCIPAL PAID | .00 | 306.33 | .00 | .00 | 306.33 |

```
INTEREST PAID                      .00          .00          .00          .00          .00
TOTAL PAID                         .00       306.33          .00          .00       306.33
```

The Debtor's attorney, ROBERT J ADAMS & ASSOC        , was allowed $   3000.00
and was paid $     949.43 .

The Trustee received $      54.24 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 09/10/08                    /S/
                                            GLENN STEARNS
                                            CHAPTER 13 TRUSTEE